AO ___          Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821 |

**V.**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Heather Dawn Fuentes

Case Number: 4:17-cr-312-DPM-14   DEC 15 2023

USM Number: 32005-009   TAMMY H. DOWNS, CLERK

Christian Alexander   By:_____
Defendant's Attorney at Sentencing   DEP CLERK

**Date of Original Judgment:** _____4/7/2021_____
(Or Date of Last Amended Judgment)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons   X the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline
sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing
Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of
    __72_____ months is reduced to _70 months_ .

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35): **25**          Amended Offense Level: **25**
        Criminal History Category: **IV**          Criminal History Category: **III**
Previous Guideline Range: **84** to **105** months          Amended Guideline Range: **70** to **87** months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant
    at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated **4/7/2021** shall remain in effect.

**IT IS SO ORDERED.**

_15 December 2023_          _DPMarshall Jr._
Order Date          Signature of Judge

_1 February 2024_          U.S. District Judge D.P. Marshall Jr.
Effective Date (if delayed)          Name and Title of Judge